IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Philip Wilkinson and Pam Reed, individually and on behalf of a class or classes of all others similarly situated,<br><br>          Plaintiffs<br><br>v.<br><br>BDO USA, LLP and<br>BDO International Ltd.,<br><br>          Defendants. | § § § § § § § § § § § § | Cause No. _____ |

## PLAINTIFFS' NOTICE OF RELATED CASE

Under Local Rule 3.3, Plaintiffs Philip Wilkinson and Pam Reed, individually and on behalf of a class or classes of all others similarly situated, file this Notice of Related Case. Under Local Rule 3.3(b)(3), and to the best of Plaintiffs' knowledge, a related case is *Securities and Exchange Commission v. Stanford International Bank, Ltd., et al.*, Cause Number 3:09-cv-0298-N, currently pending before Judge Godbey.

Dated:  May 26, 2011

        Respectfully submitted,

        **HOHMANN, TAUBE & SUMMERS, L.L.P.**

        By:  */s/  Guy M. Hohmann*
            Guy M. Hohmann
            State Bar No. 09813100
            guyh@hts-law.com
            T. Wade Jefferies
            State Bar No. 00790962
            wadej@hts-law.com
            Christopher W. Ahart
            State Bar No. 24036115
            chrisa@hts-law.com
            100 Congress Avenue, 18th Floor
            Austin, Texas 78701
            Telephone:  (512) 472-5997
            Telecopier:  (512) 472-5248

        *LEAD CLASS COUNSEL AND ATTORNEYS IN CHARGE FOR PLAINTIFFS AND THE PUTATIVE CLASSES*

        **CASTILLO SNYDER, P.C.**

        By:  */s/  Edward C. Snyder*
            Edward C. Snyder
            esnyder@casnlaw.com
            Jesse R. Castillo
            jcastillo@casnlaw.com
            300 Convent Street, Suite 1020
            San Antonio, Texas  78205
            (210) 630-4200
            (210) 630-4210 (Facsimile)

        *CLASS COUNSEL FOR PLAINTIFFS AND THE PUTATIVE CLASSES*