IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHILIP WILKINSON, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:11-CV-1115-N |
| BDO USA, LLP, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The Court vacates its Order Requiring Class Certification Status and Scheduling Conference [30] filed August 23, 2011.

Signed September 16, 2011.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 1