IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Philip Wilkinson and Pam Reed, individually and on behalf of a class or classes of all others similarly situated, § § § § | | |
| Plaintiffs, § § | | |
| v. § | Cause No. 3:11-cv-01115-N | |
| § | | |
| BDO USA, LLP, BDO International Ltd., BDO Global Coordination B.V., and Brussels Worldwide Services BVBA, § § § § | | |
| Defendants. § | | |

## AGREED ORDER STAYING PROCEEDINGS

Before the Court is the parties' Agreed Motion to Stay Proceedings ("Agreed Motion"). The parties have agreed that all further proceedings in this case should be stayed for 120 days in anticipation that some of the issues relating to the Final Judgment and Order recently entered in a related case, *Roland v. Green*, No. 3:10-cv-00224-N (N.D. Tex., Aug. 31, 2011)(Godbey)[Docket nos. 72 and 73], which are central to the pending motions to dismiss in this case, might be clarified or resolved during this period. Those issues relate to whether Plaintiffs' claims are precluded by the Securities Litigation Uniform Standards Act of 1998.

WHEREFORE, having considered the Agreed Motion, and for good cause shown, it is hereby ORDERED:

1. The Agreed Motion is granted.

2. All further proceedings in this case are stayed for 120 days from the date of filing the Agreed Motion. This general abatement of proceedings includes, among other things, a stay of the parties' filing of any pleadings, motions, and briefing directed toward the Complaint or the

Amended Complaint, including (1) any briefs relating to the pending motions to dismiss filed by BDO USA and BDO International, and (2) any pleading or motion of BDO Global Coordination B.V. or Brussels Worldwide Services BVBA responding to the Amended Complaint.

     3.  Within 14 days after the expiration of this Order, the parties will file with the Court one of the following:  (1) a motion to extend this Order, (2) a motion for entry of a modified order staying proceedings, or (3) a proposed case management order providing a filing schedule for any remaining pleadings, motions, or briefing directed toward the Complaint or the Amended Complaint.  This paragraph is not meant to preclude the parties' filing of any other motion, pleading, or brief allowable by federal and local rules after the expiration of this Order, although a further stay of proceedings may have that effect.

     Signed September 16, 2011.

                                               _____
                                               DAVID C. GODBEY
                                             UNITED STATES DISTRICT JUDGE

Agreed to by:

*s/ Guy M. Hohman*

Guy M. Hohman
State Bar No. 09813100
T. Wade Jefferies
State Bar No. 00790962
Christopher W. Ahart
State Bar No. 24036115
HOHMANN, TAUBE & SUMMERS, L.L.P.
100 Congress Avenue, 18th Floor
Austin, TX 78701
Telephone: (512) 472-5997
Fax: (512) 472-5248

*Lead Class Counsel and Attorneys in Charge for Plaintiffs and the Putative Classes*

Edward C. Snyder
Jesse R. Castillo
CASTILLO SNYDER, P.C.
300 Convent Street, Suite 1020
San Antonio, Texas 78205
Telephone: (210) 630-4200
Fax: (210) 630-4210

*Class Counsel for Plaintiffs and the Putative Classes*

*s/ James R. Nelson*

James R. Nelson
State Bar No. 14899800
Grayson D. Stratton
State Bar No. 24075443
Xenia Nicole Figueroa
State Bar No. 24069716
DLA PIPER LLP (US)
1717 Main Street, Suite 4600
Dallas, TX 75201
Telephone: (214) 743-4500
Fax: (214) 743-4545

Michael S. Poulos (Of Counsel)
Joseph E. Collins
DLA PIPER LLP (US)
203 N. LaSalle St., Suite 1900
Chicago, Illinois 60601-1293
Telephone: (312) 368-4000
Fax: (312) 236-7516

*Counsel for Defendants BDO USA, LLP, and BDO International Ltd.*