IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Philip Wilkinson and Pam Reed, individually and on behalf of a class or classes of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 3:11-cv-01115-N |
| BDO USA, LLP, BDO International Ltd., BDO Global Coordination B.V., and Brussels Worldwide Services BVBA, | § § § § § | |
| Defendants. | § | |

## **STIPULATED ORDER EXTENDING STAY OF PROCEEDINGS**

WHEREFORE, the parties to the above-captioned case have met and conferred and agree that the current stay of proceedings in this case [Dkt. 46], which expired on May 17, 2013, should be extended pending a decision by the United States Supreme Court in the related cases, *Chadbourne & Parke LLP v. Samuel Troice, et al.* Supreme Court Docket No. 12-79*; Willis of Colorado, Inc. et al. v. Samuel Troice, et al.,* Supreme Court Docket No. 12-86*;* and *Proskauer Rose LLP v. Samuel Troice, et al.*, Supreme Court Docket No. 12-88. That decision will have a significant bearing on the pending motions to dismiss in this case in that it will likely determine whether Plaintiffs' claims are precluded by the Securities Litigation Uniform Standards Act of 1998.

The Supreme Court has granted certiorari in the related cases and briefing is ongoing. Under the current briefing schedule, the briefs of the Respondents are due on July 18, 2013. No date has been set for oral argument.

Upon consideration of the joint stipulation of Plaintiffs Wilkinson and Reed and Defendants BDO USA, LLP, BDO International Ltd., BDO Global Coordination B.V., and Brussels Worldwide Services BVBA, to extend the current stay of proceedings in this case to November 1, 2013, and

It appearing that good cause exists to enter the Stipulated Order,

It is HEREBY ORDERED that this case is stayed until November 1, 2013; and

IT IS HEREBY FURTHER ORDERED that within 14 days after the expiration of this Order, the parties will file with the Court one of the following:  (1) a stipulated order extending or modifying the stay of proceedings in this case, or (2) a proposed case management order providing a filing schedule for any remaining pleadings, motions, or briefing directed toward the Complaint or the Amended Complaint.  This paragraph is not meant to preclude the parties' filing of any other motion, pleading, or brief allowable by federal and local rules after the expiration of this Order, although a further stay of proceedings may have that effect.

Signed May __, 2013.

_____
David C. Godbey
United States District Judge

So Stipulated:

| | |
|---|---|
| *s/ Guy M. Hohmann* | *s/ James R. Nelson* |
| Guy M. Hohmann | James R. Nelson |
| State Bar No. 09813100 | State Bar No. 14899800 |
| T. Wade Jefferies | Grayson D. Stratton |
| State Bar No. 00790962 | State Bar No. 24075443 |
| Christopher W. Ahart | Xenia Nicole Figueroa |
| State Bar No. 24036115 | State Bar No. 24069716 |
| HOHMANN, TAUBE & SUMMERS, L.L.P. | DLA PIPER LLP (US) |
| 100 Congress Avenue, 18th Floor | 1717 Main Street, Suite 4600 |
| Austin, TX 78701 | Dallas, TX 75201 |
| Telephone: (512) 472-5997 | Telephone: (214) 743-4500 |
| Fax: (512) 472-5248 | Fax: (214) 743-4545 |
| *Lead Class Counsel and Attorneys in Charge for Plaintiffs and the Putative Classes* | Michael S. Poulos (Of Counsel) |
| | Joseph E. Collins |
| | DLA PIPER LLP (US) |
| Edward C. Snyder | 203 N. LaSalle St., Suite 1900 |
| Jesse R. Castillo | Chicago, Illinois 60601-1293 |
| CASTILLO SNYDER, P.C. | Telephone: (312) 368-4000 |
| 300 Convent Street, Suite 1020 | Fax: (312) 236-7516 |
| San Antonio, Texas 78205 | |
| Telephone: (210) 630-4200 | *Counsel for Defendants BDO USA, LLP, and BDO International Ltd.* |
| Fax: (210) 630-4210 | |
| *Class Counsel for Plaintiffs and the Putative Classes* | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 23rd day of May 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF System under Local Rule CV-5.1(d).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

> */s/  James R. Nelson*
> James R. Nelson