## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| PHILIP WILKINSON and PAM REED, individually and on behalf of a class or classes of all others similarly situated, §§§§ | |
| Plaintiffs, § § | |
| v. §§§ | Cause No. 3:11-cv-01115-N |
| BDO USA, LLP, BDO International Ltd., BDO Global Coordination B.V., and Brussels Worldwide Services BVBA, §§§§§§ | |
| Defendants. § | |

### NOTICE OF AGREED RESOLUTION
### AND PROPOSED STIPULATED ORDER STAYING ALL DEADLINES

**WHEREAS,** the parties have agreed, in principle, to resolve all matters in controversy between them;

**WHEREAS,** the parties are working diligently to document that resolution and to prepare and submit the papers necessary to seek court approval of that resolution; and

**WHEREAS,** the papers necessary to seek court approval of that resolution will be submitted to the Court as soon as they are finalized;

**NOW, THEREFORE,** upon consideration of the Notice of Agreed Resolution and Joint Stipulation of the parties; and

It appearing that good cause exists to enter this Stipulated Order, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Civil Justice Expense and Delay Reduction Plan for the Northern District of Texas;

It is hereby **ORDERED** that all deadlines, including, without limitation, Plaintiffs' deadline to respond to Defendants' Motions to Dismiss Plaintiff's First Amended Complaint, are hereby stayed until further order of this Court.

It is further **ORDERED** that the parties shall work diligently to finalize the agreed resolution and make their best efforts to submit documentation regarding the agreed resolution to the Court for approval on or before November 17, 2014.   The parties may extend this deadline by agreement and without further Court order, but the parties must notify the Court of any such extension.

SIGNED _____, 2014.

_____
David C. Godbey
UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| */s/ Douglas J. Buncher*<br>Douglas J. Buncher<br>Texas State Bar No. 03342700<br>dbuncher@neliganlaw.com<br>Nicholas A. Foley<br>Texas State Bar No. 07208620<br>nfoley@neliganlaw.com<br>John D. Gaither<br>Texas State Bar No. 24055516<br>jgaither@neliganlaw.com<br>Douglas Dunn<br><br>325 N. S. Paul, Suite 3600<br>Dallas, Texas 75201<br>Telephone: (214) 840-5300<br>Facsimile: (214) 840-5301<br><br><br>*/s/ Edward C. Snyder*<br>Edward C. Snyder<br>Jesse R. Castillo<br>CASTILLO SNYDER, P.C.<br>300 Convent Street, Suite 1020<br>San Antonio, Texas 78205<br>Telephone: (210) 630-4200<br>Fax: (210) 630-4210<br><br>**Counsel for Plaintiffs and the Putative Classes** | */s/ James R. Nelson*<br>James R. Nelson<br>State Bar No. 14899800<br>Grayson D. Stratton<br>State Bar No. 24075443<br>Xenia Nicole Figueroa<br>State Bar No. 24069716<br>DLA PIPER LLP (US)<br>1717 Main Street, Suite 4600<br>Dallas, TX 75201<br>Telephone: (214) 743-4500<br>Fax: (214) 743-4545<br><br>Michael S. Poulos (Of Counsel)<br>Joseph E. Collins<br>DLA PIPER LLP (US)<br>203 N. LaSalle St., Suite 1900<br>Chicago, Illinois 60601-1293<br>Telephone: (312) 368-4000<br>Fax: (312) 236-7516<br><br>**Counsel for Defendants BDO USA, LLP, and BDO International Ltd.** |

" = "4" "" "" 80289v.1