UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Philip Wilkinson and Pam Reed, individually and on behalf of a class or classes of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BDO USA, LLP, BDO International Ltd., BDO Global Coordination B.V., and Brussels Worldwide Services BVBA, <br><br> Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 3:11-cv-01115-N |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.12, Plaintiffs Philip Wilkinson and Pam Reed, individually and on behalf of a class or classes of all others similarly situated, file this motion for Nicholas A. Foley to withdraw as counsel for the Plaintiffs. Mr. Foley is an attorney, formerly with the law firm of Neligan Foley LLP ("Neligan") and has represented the Plaintiffs in connection with his employment at Neligan. Mr. Foley has retired from the practice of law effective August 31, 2014. Thus, the Plaintiffs request that this Court enter an order removing Mr. Foley as counsel of record for the Plaintiffs effective as of the same date.

The other attorneys at Neligan Foley LLP, along with attorneys at Castillo Snyder, P.C., Strasburger & Price, LLP, Butzel & Long PC, and Baker Botts LLP, who have made appearances in this case, will continue representing the Plaintiffs. Accordingly, Mr. Foley's withdrawal from the case will not cause undue delay or prejudice to any party.

| | |
|---|---|
| Dated: October 1, 2014 | Respectfully submitted, |

<table>
<tr><td>

**NELIGAN FOLEY LLP**

By: /s/ *Douglas J. Buncher*
    Douglas J. Buncher
    Texas State Bar No. 03342700
    dbuncher@neliganlaw.com

325 N. St. Paul, Suite 3600
Dallas, TX 75201
Telephone:   (214) 840-5300
Telecopier:   (214) 840-5301

**CASTILLO SNYDER, P.C.**
Edward C. Snyder
Texas Bar No. 00791699
esnyder@casnlaw.com
Jesse R. Castillo
jcastillo@casnlaw.com
300 Convent Street, Suite 1020
San Antonio, Texas 78205
Telephone:   (210) 630-4200
Telecopier:   (210) 630-4210

</td><td>

**BUTZEL LONG PC**
Peter D. Morgenstern
(admitted pro hac vice)
morgenstern@butzel.com
380 Madison Ave,
22nd Floor
New York, NY 10017
(212) 818-1110
(212) 818-0494 (Facsimile)

**STRASBURGER & PRICE**
Edward F Valdespino
edward.valdespino@strasburger.com 300
Convent St
Suite 900
San Antonio, TX 78205
210/250-6000
Fax: 210/250-6100

</td></tr>
</table>

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

Counsel for the Plaintiff has attempted to confer with counsel for Defendants, via email at the email address(es) reflected on the Court's docket, on September 24, 2014, allowing sufficient time for a response and have received no response or objection to the granting of the relief requested herein.

                                          /s/ *Douglas Dunn*
                                          Douglas Dunn

Motion to Withdraw

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system pursuant to the Court's Local Rules this 1st day of October, 2014. All other counsel will be served by United States mail, certified mail/return receipt requested.

/s/ Douglas Dunn
Douglas Dunn