

DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas  75201-4629
www.dlapiper.com

James R. Nelson
jr.nelson@dlapiper.com
T   214.743.4512
F   972.813.6269

November 18, 2014

Hon. David C. Godbey
United States District Judge
United States District Court, Northern District of Texas
Dallas Division
1100 Commerce Street
Room 1358
Dallas, Texas 75242-1003

Re:   The Official Stanford Investors Committee v. BDO USA, LLP et al.,
        Cause No. 3:12-cv-01447-N
        Philip Wilkinson et al. v. BDO USA, LLP et al., Cause No. 3:11-cv-01115-N

Dear Judge Godbey:

The undersigned represent the parties in the two above-captioned matters.  As per Orders signed and entered in both cases on October 3, 2014 ("Orders"), "the parties have agreed, in principle, to resolve all matters in controversy between them" and are working to document their settlement agreement.  The Orders provide that, while the parties should try to finalize the settlement agreement by November 17, 2014, they "may extend this deadline by agreement and without further Court order, but the parties must notify the Court of any such extension."  The parties have been working diligently on the settlement papers since they reached agreement in principle.  However, despite their best efforts, the parties have agreed they need additional time to finalize the necessary documents.  Therefore, the parties respectfully notify Your Honor that they have agreed to extend the deadline to finalize and submit the necessary papers to and including December 31, 2014.

Respectfully submitted,

DLA Piper LLP (US)

_____
James R. Nelson

Castillo Snyder, P.C.

_____
Edward C. Snyder

cc: All counsel (via ECF Service)

EAST\86854427.1