

DLA Piper **LLP (US)**
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
www.dlapiper.com

James R. Nelson
jr.nelson@dlapiper.com
T 214.743.4512
F 972.813.6269

December 18, 2014

Hon. David C. Godbey
United States District Judge
United States District Court, Northern District of Texas
Dallas Division
1100 Commerce Street
Room 1358
Dallas, Texas 75242-1003

Re:  The Official Stanford Investors Committee v. BDO USA, LLP et al.,
     Cause No. 3:12-cv-01447-N
     Philip Wilkinson et al. v. BDO USA, LLP et al., Cause No. 3:11-cv-01115-N

Dear Judge Godbey:

The undersigned represent the parties in the two above-captioned matters. As per Orders signed and entered in both cases on October 3, 2014 ("Orders"), "the parties have agreed, in principle, to resolve all matters in controversy between them" and are working to document their settlement agreement. The Orders provide that, while the parties should try to finalize the settlement agreement by November 17, 2014, they "may extend this deadline by agreement and without further Court order, but the parties must notify the Court of any such extension." Pursuant to those Orders, on November 19, 2014, the parties advised the Court they had agreed to extend the filing deadline to December 31, 2014. The parties have continued to work diligently on the settlement papers since that time. However, despite those continuing best efforts the parties have agreed they need additional time to finalize the necessary documents. Therefore, the parties respectfully notify Your Honor that they have agreed to extend the deadline to finalize and submit the papers seeking Court approval of the settlement to and including January 30, 2015.

Respectfully submitted,

**DLA Piper LLP (US)**                          **Neligan Foley LLP**


/s/James R. Nelson                              /s/Douglas J. Buncher
James R. Nelson                                 Douglas J. Buncher


cc: All counsel (via ECF Service)

EAST\87667133.1