

DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas  75201-4629
www.dlapiper.com

James R. Nelson
jr.nelson@dlapiper.com
T  214.743.4512
F  972.813.6269

February 25, 2015

Hon. David C. Godbey
United States District Judge
United States District Court, Northern District of Texas
Dallas Division
1100 Commerce Street
Room 1358
Dallas, Texas 75242-1003

Re:   The Official Stanford Investors Committee v. BDO USA, LLP et al.,
         Cause No. 3:12-cv-01447-N
      Philip Wilkinson et al. v. BDO USA, LLP et al., Cause No. 3:11-cv-01115-N

Dear Judge Godbey:

The undersigned represent the Parties in the two above-captioned matters.  The Parties have previously advised the Court that they have reached an agreement in principle to resolve the claims asserted in both cases and are working to document their settlement agreement. Orders entered by the Court in each of the two cases provide that, while the parties should try to finalize the settlement agreement by November 17, 2014, they "may extend this deadline by agreement and without further Court order, but the parties must notify the Court of any such extension."  Pursuant to those Orders, the Parties have advised the Court of multiple agreed extensions, the most recent of which extended the filing deadline to February 25, 2015.  The Parties have continued to work diligently on the settlement papers throughout that time. However, despite those continuing best efforts the Parties have agreed they need additional time to finalize the necessary documents.  Therefore, the Parties respectfully notify Your Honor that they have agreed to extend the deadline to finalize and submit the papers seeking Court approval of the settlement to and including March 31, 2015.

Respectfully submitted,


**DLA Piper LLP (US)**                              **Neligan Foley LLP**



/s/James R. Nelson                                  /s/Douglas J. Buncher
James R. Nelson                                     Douglas J. Buncher


cc: All counsel (via ECF Service)

EAST\95519710.2