ORIGINAL

Clerk of the Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
      FILED

      JUL - 6 2015

CLERK, U.S. DISTRICT COURT
By _____
        Deputy
```

ATTN: Chambers of the Honorable David Godbey

July 1, 2015

**Case 3:09-CV-0298-N, Case No. 3:12-CV-01447-N and Case No. 3:11-CV-01115-N**

Dear sir,

By means of this letter we would like to inform you that we strongly object to the BDO settlement amount in Case No. 3:12-CV-01447-N and Case No. 3:11-cv-01115-N, of $40 million. Of the $40 million attorneys will receive $10 million and innocent families whose money was stolen from them will receive only a small fraction.

The lawsuit was originally seeking actual damages of $10.7 billion and the proposed settlement of $40 million is less than one half of 1 percent. How is this possible? And why are the attorneys accepting such meager amounts?

There are 75 lawsuits awaiting ruling by the Court listed in Receiver's and Examiner's sixth joint advisory to the court regarding pending motions that have been fully briefed in cases filed by the Receiver of the Official Stanford Investors Committee (OSIC).

According to the US Receiver Ralph Janvey, in his open letter concerning Asset Recovery Litigation, dated February 14 2014, to all affected by the Stanford fraud, he stated the following: "...These lawsuits seek to recover in excess of $680 million in total... Nonetheless, the claims are the single largest potential source of funds which may be recovered for the benefit of the eligible claimants..."

Despite the enormous potential for recovery, Ralph Janvey has unfortunately been largely unsuccessful in retrieving this money. If the US Receiver and the Official Stanford Investors Committee's attorneys continue to settle for less than half a percent of the original amount sought, what hope do we as Stanford's victims have of receiving our money back? Expenses and attorney's fees have consumed nearly half of the money recovered, while us as investors have received extremely low returns.

/...

We strongly believe that justice will prevail, and we therefore urge the Northern District Court of Texas to insist on obtaining significant settlements for Stanford's victims, who are still suffering from this horrible ordeal.

Respectfully,

Charles Dankerlui
Bubali 1-C
Noord, Aruba
Tel: 297-587-7640
marvel_b @hotmail.com

Robert Dankerlui
Bubali 1-C
Noord, Aruba
Tel: 297-587-7640
marvel_b@hotmail.com

Stanford claims no. 1003417-0 & 1003411-0

Cc by mail:
James R.Nelson at jr.nelson@dlapiper.com
Karl G. Dial at karl.dial@dlapiper.com
Michael S. Poulos at michael.poulos@dlapiper.com
Douglas J. Buncher at dbuncher@neliganlaw.com
Edward C. Snyder at esnyder@casnlaw.com
John J.Little at jlittle@lpf-law.com
Ralph Janvey at rjanvey@jkllp.com
Kevin Sadler at kevin.sadler@bakerbotts.com

Charles S. Richard Donkervir.
3n3A1-#5-C
Noord, Aruba.

Clerk of the Court
United States District Court
Northern District of Texas
1100 Commerce Street - Room 1504
Dallas, Texas.
U.S.A.

By Adams & Reese
Tel: (214) 753-2700