**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **Philip Wilkinson and Pam Reed, individually and on behalf of a class or classes of all others similarly situated,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **Cause No. 3:11-cv-01115-N** |
| **BDO USA, LLP, BDO International Ltd., BDO Global Coordination B.V., and Brussels Worldwide Services BVBA,** | § | |
| **Defendants.** | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

**CAME ON** for consideration the Unopposed Motion to Dismiss with Prejudice filed by Philip Wilkinson and Pam Reed ("Plaintiffs") in this matter. The Court, having considered the Motion, and the fact the Motion is required by the Order approving the settlement entered on September 23, 2015, finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that such Motion is hereby granted, that all claims asserted or that could have been asserted in this case are dismissed with prejudice to their re-filing, and costs are taxed against the party incurring same.

All relief not expressly granted herein is denied.

Signed this 25th day of November, 2015.

David C. Godbey
United States District Judge

**APPROVED AS TO FORM AND SUBSTANCE:**

*/s/ Douglas J. Buncher*
Douglas J. Buncher
Texas State Bar No. 03342700
dbuncher@neliganlaw.com
325 N. S. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

**ATTORNEYS FOR PLAINTIFFS**

*/s/ James R. Nelson*
James R. Nelson
State Bar No. 14899800
Karl G. Dial
State Bar No. 05800400
DLA PIPER LLP (US)
1717 Main Street, Suite 4600
Dallas, TX 75201
Telephone: (214) 743-4500
Fax: (214) 743-4545

**ATTORNEYS FOR DEFENDANTS BDO USA, LLP, BDO INTERNATIONAL, LTD., BDO GLOBAL COORDINATION B.V., AND BRUSSELS WORLDWIDE SERVICES BVBA**